**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE BAUMAN, </br></br>Plaintiff/s, </br></br>v. </br></br>PINNACLE RECOVERY INC., et al., </br></br>Defendant/s. | Case No. SACV 13-792-JLS(MANx) </br></br>**ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL** |

On December 30, 2013, plaintiff filed a Notice of Settlement indicating that the parties have reached a settlement. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

The parties shall file a notice of dismissal no later than sixty (60) days from the date of this order. If no dismissal is filed, the Court deems the matter dismissed at that time.

1  The Court retains full jurisdiction over this action and this order shall not
2  prejudice any party in the action.

4  IT IS SO ORDERED.

6  DATED: January 2, 2014

                                                JOSEPHINE L. STATON
                                                JOSEPHINE L. STATON
                                                United States District Judge